# UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| STEWART, RAMONA | § | Case No. 15-40771 |
| | § | |
| Debtor | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

ANDREW J. MAXWELL, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 117,338.00 *(Without deducting any secured claims)* | Assets Exempt: 0.00 |
| Total Distributions to Claimants: 3,071.75 | Claims Discharged Without Payment: 41,127.85 |
| Total Expenses of Administration: 1,037.25 | |

3) Total gross receipts of $ 4,109.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $ 4,109.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 30,901.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 1,037.25 | 1,037.25 | 1,037.25 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 30,827.00 | 13,372.60 | 13,372.60 | 3,071.75 |
| **TOTAL DISBURSEMENTS** | $ 61,728.00 | $ 14,409.85 | $ 14,409.85 | $ 4,109.00 |

  4) This case was originally filed under chapter 7 on 11/30/2015 . The case was pending for 10 months.

  5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

  6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

  Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  09/14/2016              By:/s/ANDREW J. MAXWELL, TRUSTEE
                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| TAX REFUND | 1224-000 | 4,109.00 |
| **TOTAL GROSS RECEIPTS** | | **$4,109.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Community WIDE FCU | | 6,986.00 | NA | NA | 0.00 |
| 2 | Springleaf Financial S | | 23,915.00 | NA | NA | 0.00 |
| | Attn: Bankruptcy Dept. 1555 W Western Ave | | 0.00 | NA | NA | 0.00 |
| | Attn: Bankruptcy Dept. 4617 S Ashland Ave | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chicago IL 60609 | | 0.00 | NA | NA | 0.00 |
| | South Bend IN 46619 | | 0.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $ 30,901.00 | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ANDREW J. MAXWELL, TRUSTEE | 2100-000 | NA | 1,027.25 | 1,027.25 | 1,027.25 |
| ASSOCIATED BANK | 2600-000 | NA | 10.00 | 10.00 | 10.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ NA | $ 1,037.25 | $ 1,037.25 | $ 1,037.25 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | [X] None | | 0.00 | NA | NA | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 1 AmeriCash Loans Bankruptcy Department 1612 W. 59th St. Chicago IL 60636 | | 1,015.00 | NA | NA | 0.00 |
| | 11 Kohls/Capone Attn: Bankruptcy Dept. N56 W 17000 Ridgewood Dr Menomonee Falls WI 53051 | | 227.00 | NA | NA | 0.00 |
| | 12 Lending CLUB CORP Attn: Bankruptcy Dept. 71 Stevenson St Ste 300 San Francisco CA 94105 | | 11,692.00 | NA | NA | 0.00 |
| | 13 Payday Loan Store of IL, Inc. Bankruptcy Department 9920 S. Western Ave. Chicago IL 60643 | | 3,100.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 14 Webbank/DFS Attn: Bankruptcy Dept. 1 Dell Way Round Rock TX 78682 | | 4,319.00 | NA | NA | 0.00 |
| | 15 Webbank/Fingerhut Attn: Bankruptcy Dept. 6250 Ridgewood Rd Saint Cloud MN 56303 | | 2,891.00 | NA | NA | 0.00 |
| | 3 Capital One Attn: Bankruptcy Dept. 26525 N Riverwoods Blvd Mettawa IL 60045 | | 298.00 | NA | NA | 0.00 |
| | 4 Capital ONE BANK USA N Attn: Bankruptcy Dept. 15000 Capital One Dr Richmond VA 23238 | | 1,558.00 | NA | NA | 0.00 |
| | 5 Capital ONE BANK USA N Attn: Bankruptcy Dept. 15000 Capital One Dr Richmond VA 23238 :  NULL 6 Cingular Wireless Bankruptcy Department 2612 N. Roan St. Johnson City TN 37601 : 7 City of Chicago Bureau Parking Department of Revenue PO Box 88292 Chic | | 2,549.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 9 Deutsche Bank Nat'l Trust Bankruptcy Department 200 S. Tyrone Street Charlotte NC 28202-3214 | | 0.00 | NA | NA | 0.00 |
| | Clerk, Chancery 09CH4971 50 W. Washington St., Room 802 Chicago IL 60602 | | 0.00 | NA | NA | 0.00 |
| | Clerk, First Mun Div 11M1168655 50 W. Washington St., Rm. 1001 Chicago IL 60602 | | 0.00 | NA | NA | 0.00 |
| | Clerk, First Mun Div 12M1103620 50 W. Washington St., Rm. 1001 Chicago IL 60602 | | 0.00 | NA | NA | 0.00 |
| | Clerk, First Mun Div 14M1140838 50 W. Washington St., Rm. 1001 Chicago IL 60602 | | 0.00 | NA | NA | 0.00 |
| | Michael Pekay Bankruptcy Dept. 77 W. Washington St. # 719 Chicago IL 60602 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Migdal Law Group LLP Bankruptcy Dept PO Box 64600 Chicago IL 60664 2 AT&T U-verse Bankruptcy Department PO Box 5013 Hayward CA 94540 | | 567.00 | NA | NA | 0.00 |
| | Pierce & Associates Bankruptcy Dept. 1 N. Dearborn St. #1300 Chicago IL 60602 10 Illinois Lending Corp. Bankruptcy Department 2109 S. Wabash Ave. Chicago IL 60616 | | 2,611.00 | NA | NA | 0.00 |
| | Richard A. Snow & Associates Bankruptcy Dept. 123 W. Madison St., Ste. 310 Chicago IL 60602 | | 0.00 | NA | NA | 0.00 |
| 000002 | CAPITAL ONE BANK (USA), N.A. | 7100-000 | NA | 2,720.00 | 2,720.00 | 624.80 |
| 000003 | CAPITAL ONE BANK (USA), N.A. | 7100-000 | NA | 1,677.23 | 1,677.23 | 385.27 |
| 000004 | CAPITAL ONE, N.A. | 7100-000 | NA | 297.14 | 297.14 | 68.25 |
| 000007 | CERASTES, LLC | 7100-000 | NA | 352.93 | 352.93 | 81.07 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000006 | COMENITY CAPITAL BANK/PAYPAL CREDIT | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
| 000008 | COMENITY CAPITAL BANK/PAYPAL CREDIT | 7100-000 | NA | 684.31 | 684.31 | 157.19 |
| 000005 | DELL FINANCIAL SERVICES, LLC | 7100-000 | NA | 4,526.54 | 4,526.54 | 1,039.77 |
| 000001 | QUANTUM3 GROUP LLC AS AGENT FOR | 7100-000 | NA | 3,114.45 | 3,114.45 | 715.40 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 30,827.00 | $ 13,372.60 | $ 13,372.60 | $ 3,071.75 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 15-40771 | JSB | Judge: JANET S. BAER | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|---|---|
| Case Name: | STEWART, RAMONA | | | Date Filed (f) or Converted (c): | 11/30/15 (f) |
| | | | | 341(a) Meeting Date: | 01/13/16 |
| For Period Ending: | 09/14/16 | | | Claims Bar Date: | 05/18/16 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 6616 S Winchester Ave., Chicago, IL 60636 (debtor' | 23,000.00 | 0.00 | | 0.00 | FA |
| 2. 9246 S. Lowe Ave., Chicago, IL 60620, joint with s | 80,000.00 | 0.00 | | 0.00 | FA |
| 3. CHECKING ACCT | 127.00 | 0.00 | | 0.00 | FA |
| Chase Bank checking account | | | | | |
| 4. HOUSEHOLD GOODS | 2,500.00 | 0.00 | | 0.00 | FA |
| Used household goods; TV, DVD player, TV stand, stereo, sofa, vacuum, table, chairs, lamps, bedroom sets, washer/dryer, stove, refrigerator, microwave, dishes/flatware, pots/pans, rugs. | | | | | |
| 5. BOOKS/CDS/TAPES | 350.00 | 0.00 | | 0.00 | FA |
| Books, CD's, DVD's, Tapes/Records, Family Pictures | | | | | |
| 6. WEARING APPAREL | 200.00 | 0.00 | | 0.00 | FA |
| Necessary wearing apparel | | | | | |
| 7. FUR | 150.00 | 0.00 | | 0.00 | FA |
| Earrings, watch, costume jewelry | | | | | |
| 8. INTEREST | 0.00 | 0.00 | | 0.00 | FA |
| Term Life Insurance - No Cash Surrender Value. | | | | | |
| 9. INTEREST | Unknown | 0.00 | | 0.00 | FA |
| Pension w/ Employer/Former Employer - 100% Exempt. | | | | | |
| 10. AUTOMOBILE | 677.00 | 0.00 | | 0.00 | FA |
| 1996 Cadillac Seville STS with 110,000 miles | | | | | |
| 11. AUTOMOBILE | 10,334.00 | 0.00 | | 0.00 | FA |
| 2014 Ford Taurus with 55,000 miles | | | | | |
| 12. ANIMALS | 0.00 | 0.00 | | 0.00 | FA |
| 13. TAX REFUND (u) | 6,982.00 | 4,109.00 | | 4,109.00 | FA |
| 2015 TAX RETURN | | | | | |

LFORM1

**UST Form 101-7-TDR (10/1/2010)** *(Page: 10)*

Ver: 19.06a

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 2

Exhibit 8

| Case No: | 15-40771 | JSB | Judge: JANET S. BAER | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| Case Name: | STEWART, RAMONA | | | Date Filed (f) or Converted (c): | 11/30/15 (f) |
| | | | | 341(a) Meeting Date: | 01/13/16 |
| | | | | Claims Bar Date: | 05/18/16 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $124,320.00 | $4,109.00 | | $4,109.00 | Gross Value of Remaining Assets $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

payment from D received

asset notice filed 5-18-16 bar date

2-11-16 obtained and reviewed 2015 income tax return; conf with D's attorney re amended B and C and TO of non-exempt funds

initial report of assets filed 2-12-16

Initial Projected Date of Final Report (TFR): 12/31/16    Current Projected Date of Final Report (TFR): 12/31/16

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 15-40771 -JSB | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|
| Case Name: | STEWART, RAMONA | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******2839 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******6435 | | |
| For Period Ending: | 09/14/16 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/25/16 | 13 | CHASE BANK | RAMONA STEWART FUNDS | 1224-000 | 4,109.00 | | 4,109.00 |
| 05/06/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,099.00 |
| 07/20/16 | 010001 | ANDREW J. MAXWELL, TRUSTEE<br>20 N. CLARK ST.<br>SUITE 200<br>CHICAGO, IL 60602 | TR. Compesation | 2100-000 | | 1,027.25 | 3,071.75 |
| 07/20/16 | 010002 | Quantum3 Group LLC as agent for<br>Sadino Funding LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | Claim # 1, Final Payment<br>c/o 7/19/2016 | 7100-000 | | 715.40 | 2,356.35 |
| 07/20/16 | 010003 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Claim # 2, Final Payment<br>c/o 7/19/2016 | 7100-000 | | 624.80 | 1,731.55 |
| 07/20/16 | 010004 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Claim # 3, Final Payment<br>c/o 7/19/2016 | 7100-000 | | 385.27 | 1,346.28 |
| 07/20/16 | 010005 | CAPITAL ONE, N.A.<br>C/O BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN, PA 19355-0701 | Claim # 4, Final Payment<br>c/o 7/19/2016 | 7100-000 | | 68.25 | 1,278.03 |
| 07/20/16 | 010006 | Dell Financial Services, LLC<br>Resurgent Capital Services<br>PO Box 10390<br>Greenville, SC 29603-0390 | Claim # 5, Final Payment<br>c/o 7/19/2016 | 7100-000 | | 1,039.77 | 238.26 |
| 07/20/16 | 010007 | Cerastes, LLC<br>C O WEINSTEIN & RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121 | Claim # 7, Final Payment<br>c/o 7/19/2016 | 7100-000 | | 81.07 | 157.19 |
| 07/20/16 | 010008 | Comenity Capital Bank/Paypal Credit | Claim # 8, Final Payment | 7100-000 | | 157.19 | 0.00 |
| | | | Page Subtotals | | 4,109.00 | 4,109.00 | |

Ver: 19.06a

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 12)*

FORM 2

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 15-40771 -JSB | | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|---|
| Case Name: | STEWART, RAMONA | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******2839 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******6435 | | | |
| For Period Ending: | 09/14/16 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | C O WEINSTEIN & RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121 | c/o 7/19/2016 | | | | |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 4,109.00 | 4,109.00 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 4,109.00 | 4,109.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 4,109.00 | 4,109.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account (Non-Interest Earn - ********2839 | 4,109.00 | 4,109.00 | 0.00 |
| | ---------------- | ---------------- | ---------------- |
| | 4,109.00 | 4,109.00 | 0.00 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    0.00    0.00

Ver: 19.06a

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 13)*